Thomas Kevin JENKINS, Plaintiff,

v.

Chad E. TILLBROOK,
et al., Defendants.

Civil Action No. 17–1562 (UNA)

United States District Court,
District of Columbia.

Signed 8/22/2017

Filed 08/29/2017

Thomas Kevin Jenkins, Baltimore, MD,
pro se.

## MEMORANDUM OPINION

Amy Berman Jackson, United States District Judge

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* submission titled "Tort Claim." It appears that plaintiff's submission should have been filed in his prior case, *Jenkins v. Tillbrook*, No. 17–cv–1346 (UNA). The Court will dismiss this civil action without prejudice as duplicative.

An Order is issued separately.